

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

June 23, 2008

By Hand
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

So ordered
Sweet
USDJ
6.24.08

Re:   Jones v. Marshall
      08 Civ. 0562 (RWS)

Dear Judge Sweet:

   I am writing on behalf of Assistant Attorney General John Knudsen who has been assigned to this matter, but who is currently out of the office on medical leave that will last longer than was originally anticipated when Mr. Knudsen last wrote the Court in late April 2008.

   This office represents the two served defendants in the above action and we anticipate representing the third defendant if and when service has been effectuated. We respectfully request that the time for all served defendants to respond to the complaint be extended until July 11, 2008 from June 25, 2008 while Mr. Knudsen is still out on leave. This is the second request for an extension in this matter. Plaintiff's consent has not been requested because he is incarcerated and it is unlikely that we will receive a response from him before the expiration of the current June 25 deadline. Accordingly, for the reasons set forth above, we request that the time for the served defendants represented by this office to respond to the complaint be extended until July 11, 2008.

Respectfully submitted,

Jeb Harben
Assistant Attorney General
(212) 416-6185

cc:   Christopher Jones, 94-A-3638 (via mail)
      Upstate Correctional Facility

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us