



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 10, 2008

By Hand

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007



Re:   Jones v. Marshall
      08 Civ. 0562 (RWS)

Dear Judge Sweet:

    On behalf of the defendants, this letter is written to request a one week extension, from July 11 to July 18, 2008, to respond to the complaint. This request is made because I have not had the necessary time to communicate with our clients since I have been out of the office on medical leave and because, since my return, I have had to dedicate time to another attorney's cases since she has unexpectedly had to go on medical leave. This is the defendants' third request for an extension. Accordingly, for the reasons set forth above, we request that the time to respond to the complaint be extended until July 18, 2008.

Respectfully submitted,

*[signature]*

John E. Knudsen
Assistant Attorney General
(212) 416-8625

cc:   Christopher Jones, 94-A-3638 (via mail)
      Upstate Correctional facility

120 Broadway, New York, N Y 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 *Not For Service of Papers
http://www.oag.state.ny.us