UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CHRISTOPHER JONES,

              Plaintiff,

   - against -

SUPERINTENDENT LUIS R. MARSHALL,
Q. QUICK, and R. PEREZ,

             Defendants.

O R D E R

08 Civ. 562 (RWS)

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

**Sweet, D.J.,**

    Defendant Luis R. Marshall's motion to dismiss will be heard on submission without oral argument on Wednesday, August 13, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**July 23, 2008**

                                              /s/ ROBERT W. SWEET
                                                    U.S.D.J.