


DOC # ___14___

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER JONES,
        Plaintiff,

-against-

LUIS R. MARSHALL, ET AL.,
        Defendant

08 CV. 0562 (RWS)(HBP)

NOTICE OF MOTION

JS

*Plaintiff is granted a 30 day extension to answer. So ordered.*
*Sweet USDJ  8-6-08*

PLEASE TAKE NOTICE, that upon the annexed affirmation of Christopher Jones affirmed on July 27th, 2008, and upon the pleadings herein, plaintiff will move this Court, before the Honorable Robert W. Sweet, United States District Judge, for an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure granting an Enlargement of time to submit opposition papers to defendants motion to dismiss on behalf of Defendant Luis R. Marshall (in which plaintiff received July 21st, 2008, and for which this court has issued an order that defendant Luis R. Marshall's Motion to dismiss will be heard on submission without oral argument on Wednesday, August 13th, 2008.) on August 13th, 2008 or as soon as, Plaintiff can be heard, at the Southern District Court at the Courthouse located at 500 Pearl Street, New York, New York 1007

-1-

I declare under penalty of perjury that the foregoing is true and correct

                        Respectfully Submitted
                        _____C. Jones_____
                        Christopher Jones
                        Din. No. 94A3638
                            Plaintiff Pro Se
                        Upstate Corr. Fac.
                        P.O. Box # 2001
                        Malone, N.Y. 12953

Dated: Malone New York
         July 29th, 2008

C.C. File