CHRISTOPHER JONES [94A3638]
UPSTATE CORRECTIONAL FACILITY
POST OFFICE BOX 2000
MALONE, NEW YORK 12953

RECEIVED JUL 28 2008 JUDGE SWEET CHAMBERS

July 23, 2008

TO: Honorable Robert W. Sweet
United States District Judge
Southern District Of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re: Jones v. Marshall, et al.
08 Civ. 0562 (RWS)

*Treat as on other returnable 8-27 although the proposed amendment is not presently before the court. So ordered. Sweet USDJ 8/5/08*

Dear Judge Sweet:

Please take notice that, pursuant to Rule 15(a) of the Federal Rules Of Civil Procedure governing amended complaints. I'm hereby requesting that you please grant me the permission to amended the above captioned title to the extent that you take into consideration that: I'm a layman at law. But upon my further research, and with the enlightenment of the defendants Attorney General John E. Knudsen approach to my complaint,... I honestly recognize that in order to balance a fair adversarial process under the Common threads of American Law,... I Respectfully request that you grant me permission to amend my complaint.

Thank you very much for your time and

Sincerely yours